IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 9:18-cv-81205-BB

PALM BEACH POLO, INC.,
a Florida corporation,

    Plaintiff,

vs.

WIGGIN & DANA, LLP,
a Connecticut limited liability company,

    Defendant.
_____/

## PLAINTIFF, PALM BEACH POLO, INC.'S NOTICE OF ENTRY OF PARTIES (DE 3)

Please take notice, pursuant to the Clerk's Notice (DE 3) that the sole Defendant in the above captioned case is Wiggin & Dana, LLP, a Connecticut limited liability company.

                                              Respectfully submitted,

<u>September 11, 2018</u>                  <u>/s/  *Larry A. Zink*</u>
Date                                 Larry A. Zink, Esq.
                                             Florida Bar No. 0109592

                                             ZINK, ZINK & ZINK CO., L.P.A.
                                             **Florida Office:**
                                             1198 Hillsboro Mile – Suite 244
                                             Hillsboro Beach, FL  33062
                                             **Ohio Office:**
                                             3711 Whipple Ave., N.W.
                                             Canton, OH 44718-2933
                                             Telephone:  (330) 492-2225
                                             Facsimile:  (330) 492-3956
                                             Cell Phone:  (330) 495-0171
                                             Email:  zinklaw3711@yahoo.com
                                             *Counsel for Plaintiff,*
                                             *Palm Beach Polo, Inc.*